<u>FRIDAY, MARCH 20, 2015</u>

<u>Coram: SMITH, JORDAN and SLOVITER, Circuit Judges</u>

<u>S U B M I T T E D</u>

<u>No. 12-2987</u>
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
KAREEM RUSSELL,
a/ka Reem
KAREEM RUSSELL,
Appellant
_____

<u>No. 14-1838</u>
Pursuant to 3rd Cir. LAR 34.1(a)

WESTERN WORLD, INC.,
Petitioner
v.
SECRETARY OF LABOR,
United States
Department of Labor,
Respondent
_____

<u>No. 14-2946</u>
Pursuant to 3rd Cir. LAR 34.1(a)

JOHN J. MURPHY,
Appellant
v.
RADNOR TOWNSHIP

<u>PAGE TWO – CONTINUED</u>                    <u>FRIDAY, MARCH 20, 2015</u>

<u>Coram: SMITH, JORDAN and SLOVITER, Circuit Judges</u>

S U B M I T T E D

<u>No. 14-3340</u>
Pursuant to 3rd Cir. LAR 34.1(a)

BUD DAVIS TRUCKING;
AMERICAN MINING
INSURANCE CO.,
                         Petitioners
                    v.
DIRECTOR, OFFICE OF
WORKERS' COMPENSATION
PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR;
MARGARET PHIPPS,
on behalf of John Phipps,
                         Respondents

_____

<u>No. 14-3540</u>
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
                    v.
ERIC J. JOHNSON,
                         Appellant